### 16768.   TINDOL *v.* DUBLIN & LAURENS BANK.

BROYLES, C. J.  Under the facts of the case the court did not err in directing a verdict in favor of the plaintiff for the full amount sued for, or in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1924.

Complaint; from Laurens superior court—Judge Kent.   May 31, 1924.

*Fred Kea,* for plaintiff in error.

*J. S. Adams,* contra.

---

### 15769.   WYNN *v.* MADDOX, sheriff, for use, etc.

LUKE, J.  Upon the authority of *Rowe Brothers Motor Express Co.* v. *Twiggs County,* 28 *Ga. App.* 211 (110 S. E. 925), the court did not err in granting a first new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 12, 1924.

Action on bond; from city court of Dublin—Judge Sturgis. May 26, 1924.

*W. A. Dampier,* for plaintiff in error.